1  TOMAS MARGAIN, Bar No. 193555
   HUY TRAN, Bar No. 288196
2  Justice at Work Law Group
   84 W. Santa Clara St., Ste. 790
3  San Jose, CA 95113
   Tel:  (408) 317-1100
4  Fax:  (408) 351-0105
   Tomas@JAWLawGroup.com
5  Huy@JAWLawGroup.com

6  Attorneys for Plaintiff
   DAVID GAUTHIER
7

8  ROGER M. MASON, ESQ. (107486)
   SWEENEY, MASON, WILSON & BOSOMWORTH
9  A Professional Law Corporation
   983 University Avenue, Suite 104C
10 Los Gatos, CA 95032-7637
   Telephone: (408) 356-3000
11 Facsimile: (408) 354-8839

12 Attorneys for Defendants
   GENMOR PLUMBING, INC. and
13 GENARO DELGADILLO MORALES

14
                    UNITED STATES DISTRICT COURT
15
              FOR NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

18 | DAVID GAUTHIER | Case No.: C 14-03920 PSG |
   |         Plaintiff | |
19 | | |
   | v. | **STIPULATION TO CONTINUE** |
20 | | **INITIAL CASE MANAGEMENT** |
   | GENMOR PLUMBING, INC. and | **CONFERENCE AND EXTEND INITIAL** |
21 | GENARO DELGADILLO MORALES | **DEADLINES** |
   |         Defendant(s) | |
22

23

24

25

- 1 -

**STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE**

Plaintiff DAVID GAUTHIER and Defendants GENMOR PLUMBING, INC. and GENARO DELGADILLO MORALES through their attorneys' of record, hereby stipulate as follows:

1. The parties seek a continuance of the Initial Case Management Conference of twenty-one (21) days to allow the Court sufficient time to review the Case Management Statement, filed one day before the presently set CMC, and allow the parties to finish their rule 26 obligations namely completing the Initial Disclosures.

2. Counsel have met and conferred on the issues in dispute and exchanged most documents needed to be able to resolve the matter. They have also agreed on mediation.

3. Plaintiff's Counsel takes responsibility for the late filed statement as he had indicated to Roger Mason, when they spoke face to face at an appearance in another Department in this Court, that he would send the Draft Statement and stipulation to Mediation.

SO STIPULATED

FOR PLAINTIFF

DATED:   January 19, 2015         By:   /s/ Tomas Margain
                                        Tomas E. Margain
                                        For Plaintiff

FOR DEFENDANTS

DATED:   January 19, 2015         By:   /s/ ROGER M. MASON
                                        ROGER M. MASON
                                        For Defendants

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE

# ORDER

Based on GOOD CAUSE shown, the initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**January 27, 2015**

- Last Day to file a Magistrate Consent or Declination.
- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference

**February 3, 2015**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement

**February 10, 2015**

- Initial Case Management Conference in Courtroom 5, 4$^h$ Floor, San Jose Courthouse at 10:00 a.m.

IT IS SO ORDERED

DATED: January 19, 2015          By: *Paul S. Grewal*
                                 PAUL S. GREWAL
                                 Magistrate Judge of the United States District Court