UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GAUTHIER, | Case No. 5:14-cv-03920-PSG |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket No. 21)** |
| GENMOR PLUMBING, INC., et al., | |
| Defendants. | |

Based on the parties' joint case management statement[1] and this week's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days from this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

---
[1] *See* Docket No. 19.

| | |
|---|---|
| Fact Discovery Cut-Off | June 1, 2015 |
| Expert Discovery Cut-Off | July 1, 2015 |
| Last Day to File Dispositive Motions | August 1, 2015 |
| Pre-Trial Conference | September 29, 2015 at 10:00 AM |
| Bench Trial | November 23, 2015 at 9:30 AM |

**SO ORDERED.**

Dated: February 11, 2015

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge