TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
DAVID GAUTHIER

ROGER M. MASON, ESQ. (107486)
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
408-356-3000 phone
408-354-8839 fax

Attorneys for Defendant
GENMOR PLUMBING, INC. and
GENARO DELGADILLO MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GAUTHIER<br><br>Plaintiff<br><br>v.<br><br>GENMOR PLUMBING, INC. and GENARO DELGADILLO MORALES<br><br>Defendant(s) | Case Number: C 14-03920 PSG<br><br>**STIPULATION TO DISMISS WITH PREJUDICE WITH COURT TO RETAIN JURISDICTION; [PROPOSED] ORDER**<br><br>HON. PAUL S. GREWAL |

Plaintiff DAVID GAUTHIER and Defendants GENMOR PLUMBING, INC. and

GENARO DELGADILLO MORALES through their attorneys of record hereby submit the

following stipulation.

1. The parties have executed a written settlement agreement which disposes of all claims in this matter;

2. Defendants GENMOR PLUMBING, INC. and GENARO DELGADILLO MORALES will satisfy conditions in the Settlement over the next three months such that the parties request the Court to retain jurisdiction until July 31, 2015; and

3. The parties stipulate that this matter be dismissed with prejudice with the Court to retain jurisdiction until July 31, 2015.

IT IS SO STIPULATED

Dated: April 23, 2015            //s//Tomas E. Margain
                                 TOMAS MARGAIN
                                 HUY TRAN
                                 Counsel for plaintiff

Dated: April 23, 2015            **SWEENEY, MASON, WILSON & BOSOMWORTH**

                                 By:_____//s//ROGER MASON_
                                     ROGER M. MASON, ESQ.
                                     Attorneys for Defendants

.

STIPULATION & [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

**ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. The Court retains jurisdiction to enforce any terms and conditions of the settlement until July 31, 2015.

IT IS SO ORDERED

Dated:  April 23, 2015

_____
UNITED STATES MAGISTRATE JUDGE
PAUL S. GREWAL